IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

SHAWN HART, JR.
REG. #06502-025                                                                                    PETITIONER

VS.                                              2:05CV00085 JMM/JTR

LINDA W. SANDERS, Warden,
FCI, Forrest City, Arkansas                                                              RESPONDENT

## ORDER

Petitioner, who is currently incarcerated in the Federal Correctional Institute located in Forrest City, Arkansas, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Docket entry #1.) On April 20, 2005, the Court ordered Petitioner to either pay the $5.00 filing fee in full or file an Application to Proceed *In Forma Pauperis*. (Docket entry #2.) On June 3, 2005, Petitioner paid the $5.00 filing fee. (Docket entry #3.)

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2. Respondent shall answer the Petition **within twenty (20) days** of service. The Response shall contain any documents relevant to the resolution of this habeas action, and such documents should be clearly labeled with individual exhibit stickers or notations.

Dated this 12th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE