IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

SHAWN HART, JR.
REG. #06502-025                                                                                   PETITIONER

VS.                                    2:05CV00085 JTR

LINDA W. SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                       RESPONDENT

# JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that:

1.      Petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is GRANTED; and

2.      Respondent is directed to:  (a) consider, within fourteen days and in good faith, transferring Petitioner to a CCC for the last six months of his sentence in accordance with the factors taken into account by the BOP prior to its adoption of the December 2002 Policy and the February 2005 Rule; and (b) place Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

Dated this 20th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE